**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

## CHELSEA L. DAVIS, Appellant

## V.

## MCKOOL SMITH P.C., Appellee

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-14215

## ORDER

In light of our September 2, 2014 and September 11, 2014 orders and appellant's non-compliance with the rules of appellate procedure, we **DENY** appellant's September 8, 2014 motion for leave to supplement record and appellant's September 10, 2014 request to enter order of full, not partial, indigence. *See* TEX. R. APP. P. 20.1, 25.1(g), 32.3, 34.5, 34.6, and 35.3.

/s/     ELIZABETH LANG-MIERS
        JUSTICE